THOMAS TULLY, Respondent, *v.* EDITH LEWIS, Appellant.

Argued October 19, 1937; decided November 16, 1937.

*Clarence S. Zipp, Daniel R. Harvey* and *Daniel Miner* for appellant.

*Louis Cohn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.